UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASTRAUB, | No. 2:13-cv-1036 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner has requested the appointment of counsel.[1] There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

////

---

[1] Petitioner's objections to the findings and recommendations, filed within the same document, will be addressed through a separate order by the district court at a later time.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of
2  counsel (ECF No. 41) is denied without prejudice to a renewal of the motion at a later stage of the
3  proceedings.
4  Dated: April 5, 2016

                                                 /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

/kly
jast1036.110